UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                                                       Crim. No. 07-08(4) (JNE/JJG)
                                                                         ORDER
James Charles Weekly,

        Defendant.

        In a Report and Recommendation dated June 12, 2007, the Honorable Jeanne J. Graham, United States Magistrate Judge, recommended that Defendant's motions to suppress be denied and that Defendant's motion for a *Franks* hearing be granted.  Defendant objected to the recommendation to deny the motions to suppress.  The Court has conducted a de novo review of the record.  *See* D. Minn. LR 72.2(b).  Based on that review, the Court adopts the Report and Recommendation.  Therefore, IT IS ORDERED THAT:

    1.     Defendant's motion to suppress evidence from a search and seizure [Docket No. 106] is DENIED.

    2.     Defendant's motion to suppress statements [Docket No. 107] is DENIED.

    3.     Defendant's motion for a *Franks* hearing [Docket No. 116] is GRANTED. The *Franks* hearing shall take place before the magistrate judge.

Dated:  July 9, 2007

                                       s/  Joan N. Ericksen
                                     JOAN N. ERICKSEN
                                     United States District Judge