UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,

v.                                               Crim. No. 07-08(4) (JNE/JJG)
                                                   ORDER

James Charles Weekly,

       Defendant.

     This case is before the Court on a Report and Recommendation issued by the Honorable Jeanne J. Graham, United States Magistrate Judge, on August 16, 2007. Defendant challenged the truthfulness of some allegations in an affidavit accompanying a search warrant. He further contended that, as a result, the warrant was not supported by probable cause and that the fruits of the subsequent search should be suppressed. The Magistrate Judge recommended that the fruits of the search warrant not be suppressed. The Court has received Defendant's objections to the Report and Recommendation.

     The Court has conducted a de novo review of the record. See D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT the fruits from the search warrant are not suppressed.

Dated: September 25, 2007

                                                                                         s/ Joan N. Ericksen
                                                                                         JOAN N. ERICKSEN
                                                                                         United States District Judge